UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

RACHAEL FREILICH, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.

Defendant.

------------------------------------------------------------------x

Case No: 1:15-cv-3461 (SJ)(JO)

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rachael Freilich, Plaintiff, hereby stipulates to and gives notice of Dismissal of this action in its entirety with prejudice as to herself and without prejudice as to the rights of the unnamed putative class members.

Dated: New York, New York
       February 19, 2016

| | |
|---|---|
| MAXIM MAXIMOV, LLP | GORDON & REES, LLP |
| By: /s/ Maxim Maximov | By: /s/ Robert Modica |
| Maxim Maximov, Esq. | Robert Modica, Esq. |
| Maxim Maximov, LLP | Jennifer R. Budoff, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1701 Avenue P | 1 Battery Park Plaza, 28th Floor |
| Brooklyn, New York 11229 | New York, New York 10004 |
| (718) 395-3459 | (212) 269-5500 |

SO ORDERED:

Dated:

_____
Hon. James Orenstein
United States Magistrate Judge

SO ORDERED
on this _14TH_ day of _March_ 20_16_
/s/ USDJ JOHNSON